**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

05 - CV - 01836 -05

Civil Action No. _____

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2005

GREGORY C. LANGHAM
CLERK

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

DERRAL SCHRODER, a Constitutionalist and Crime Stopper,

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Removal of Cause, and an Affidavit for Leave to

Proceed Without Cost of Fees.   The court has determined that the documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | X | is not on proper form (must use the court's current form) |
| (3) | __ | is missing original signature by Plaintiff |
| (4) | __ | is missing affidavit |
| (5) | __ | affidavit is incomplete |
| (6) | __ | affidavit is not notarized or is not properly notarized |
| (7) | __ | names in caption do not match names in caption of complaint, petition or application |

(8)   __   An original and a copy have not been received by the court.
          Only an original has been received.
(9)   __   other _____

**Complaint or Petition:**
(10)   X   is not submitted
(11)   __   is not on proper form (must use the court's current form)
(12)   __   is missing an original signature by the Plaintiff
(13)   __   is incomplete
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   An original and a copy have not been received by the court.  Only an
          original has been received.
(16)   __   Sufficient copies to serve each defendant/respondent have not been
          received by the court.
(17)   __   names in caption do not match names in text
(18)   __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.**  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _22_ day of _September_, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **05 - CV - 01836**-0E5

Derral Schroder
c/o 7542 Hwy 287
Campo, CO 81029

I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 9/22/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk