IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01836-OES

PEOPLE OF THE STATE OF COLORADO,

Plaintiff,

v.

DERRAL SCHRODER, a Constitutionalist and Crime Stopper,

Defendant.

---

ORDER DENYING SECOND MOTION TO RECUSE

---

The document titled "Second Demand for Magistrate O. Edward Schlatter to Disqualifie [sic] Himself and That Judge Kane Take Both Cases, Removal of Cause and Case # 5-cv-01836" that Plaintiff Derral Schroder submitted *pro se* and the Court filed on October 11, 2005, is denied for the reasons stated in the October 7, 2005, order denying Mr. Schroder's first motion to recuse. Accordingly, it is

ORDERED that the second motion for recusal filed on October 11, 2005, is denied.

DATED at Denver, Colorado, this 25 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01836-OES

Derral Schroder
c/o 7542 Hwy 287
Campo, CO 81029

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/25/05

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk