IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01836-OES

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

DERRAL SCHRODER, a Constitutionalist and Crime Stopper,

    Defendant.

F I L E D
UNITED STATES ~~~~~~ COURT

OCT 28 2005

GREG~~~~~~~~~~~~~~AM
CLERK

## ORDER

This matter is before me on the letter to the Honorable Lewis T. Babcock, Chief Judge, that Defendant Derral Schroder submitted and the Court filed on October 17, 2005. In the letter, Mr. Schroder asks Chief Judge Babcock to order my recusal and to reassign the case to the Honorable John L. Kane.

Mr. Schroder is reminded that Rule 77.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil concerning *ex parte* communications forbids him from sending letters "directly to a judicial officer." Any communications Mr. Schroder wishes to call "to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys." Therefore, the request in the letter filed on October 17, 2005, will not be addressed further, and will be denied. Accordingly, it is

ORDERED that Mr. Schroder comply with Rule 77.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil

concerning *ex parte* communications, which forbids him from sending letters "directly to a judicial officer." In the future, any communications Mr. Schroder wishes to call "to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys." It is

FURTHER ORDERED that the request in the letter Mr. Schroder submitted and the Court filed on October 17, 2005, will not be addressed further and, therefore, is denied.

DATED at Denver, Colorado, this 28 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01836-OES

Derral Schroder
c/o 7542 Hwy 287
Campo, CO 81029

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/28/05

                                    GREGORY C. LANGHAM, CLERK

                                By: _____
                                                Deputy Clerk