IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01836-OES

DERRAL SCHRODER,

        Plaintiff,

v.

JAMES HOWARD FRASHER,
LARRY C. PORTER,
MICHAEL PORTER,

        Defendants.

ORDER TO CURE DEFICIENCY

Schlatter, Magistrate Judge

Plaintiff submitted a letter being treated as a Notice of Appeal on October 26, 2005 and a request to proceed without cost or fees on November 2, 2005. The court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     ___  is not submitted
     X   is not on proper form (must use the court's current form)
     ___  is missing original signature by plaintiff/petitioner on motion
     ___  is missing affidavit
     ___  affidavit is incomplete
     ___  is missing original signature by plaintiff/petitioner on affidavit
     ___  affidavit is not notarized or is not properly notarized
     ___  other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 12th day of December, 2005.

BY THE COURT:

s/ O. Edward Schlatter

_____

MAGISTRATE JUDGE, UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF
COLORADO