IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01836-OES

DERRAL SCHRODER,

        Plaintiff,

v.

JAMES HOWARD FRASHER,
LARRY C. PORTER,
MICHAEL PORTER,

        Defendants.

## ORDER TO CURE DEFICIENCY

Schlatter, Magistrate Judge

Plaintiff submitted a letter being treated on December 27, 2005 now being treated as as a Notice of Appeal on February 9, 2006 pursuant to instructions from the United States Court of Appeals for the 10th Circuit. The court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    X    is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    X    is not submitted
    ___    is not on proper form (must use the court's current form)
    ___    is missing original signature by plaintiff/petitioner on motion
    ___    is missing affidavit
    ___    affidavit is incomplete
    ___    is missing original signature by plaintiff/petitioner on affidavit
    ___    affidavit is not notarized or is not properly notarized
    ___    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  14  day of                February               , 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court